**Order entered December 11, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01373-CV

## IN RE WILLIAM THOMAS NICHOLAS, JR., Relator

**Original Proceeding from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F96-51486-VI**

## ORDER
Before Justices Lang-Miers, Myers, and Boatright

Based on the Court's opinion of this date, we **DISMISS** this proceeding for want of jurisdiction.


/s/    JASON BOATRIGHT
        JUSTICE